# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-2906

———————

United States of America,        *
                                 *
        Appellee,                *
                                 *    Appeal from the United States
    v.                           *    District Court for the
                                 *    District of Minnesota.
Paul W. Moore, II, also known as *
Antoine Petroye Roberts,         *    [UNPUBLISHED]
                                 *
        Appellant.               *

———————

Submitted: April 24, 2006
Filed: April 24, 2006

———————

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Paul W. Moore appeals from the district court's[1] denial of his motion, purportedly brought under 18 U.S.C. § 3582, and the court's denial of his subsequent Federal Rule of Civil Procedure 59(e) motion. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

———————————————————

———————

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.